FILED
CLERK, U.S. DISTRICT COURT
OCT - 9 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANTONIO PAPILLA ) <br> CUEVAS ) <br> ) <br> Defendant. ) <br> ) | Case No.: 04-1392-SJO <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist. CA for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  [X]  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _conviction for robbery while on S.R.; allegedly re-entered US after deportation w/o permission in violation of S.R.; no verified background info_

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | and/or |
| 5 | B.  ( )  The defendant has not met his/her burden of establishing by |
| 6 | clear and convincing evidence that he/she is not likely to pose |
| 7 | a danger to the safety of any other person or the community if |
| 8 | released under 18 U.S.C. § 3142(b) or (c).  This finding is based |
| 9 | on: |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 10/9/12

UNITES STATES MAGISTRATE JUDGE